UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIENNE SCHNEIDER, | ) | CASE NO.: 4:22-CV-00126-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE: BENITA PEARSON |
| | ) | |
| vs. | ) | **JOINT STIPULATIONS** |
| | ) | |
| TRUMBULL COUNTY VETERANS SERVICE COMMISSION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** between the parties, through their respective counsel, as follows:

1. Plaintiff Adrienne (Sardich) Schneider was employed by the Trumbull County Veterans Services Commission ("TCVSC") as its office administrator from March 11, 2019 until May 7, 2020.

2. Upon starting her employment, Schneider signed a written acknowledgement that she received and read TCVSC's sexual harassment policy.

3. Schneider alleges that Isenberg sexually harassed her regularly between September 2019 and February 20, 2020.

4. On February 20, 2020, Plaintiff reported to her supervisor, Deputy Director Cari Delgado, that she was being sexually harassed by Mark Isenberg, the senior service officer.

5. Isenberg did not sexually harass Schneider after she reported the harassment on February 20, 2020.

6. By mid-March 2020, COVID-19 was shutting down businesses in the United States.

| | |
|---|---|
| *s/ Daniel S. Dubow*     *(per email consent)* <br> DANIEL S. DUBOW (0095530) <br> KEVIN A. BURYANEK (0099300) <br> Spitz, The Employee's Law Firm <br> 25825 Science Park Drive, Suite 200 <br> Beachwood, OH 44122 <br> (216) 291-4744 <br> (216) 291-5744 – Fax <br> Email: daniel.dubow@spitzlawfirm.com <br>          kevin.buryanek@spitzlawfirm.com <br><br> *Counsel for Plaintiff* | *s/ Kathleen M. Minahan* <br> KATHLEEN M. MINAHAN (0064989) <br> EDMOND Z. JABER (0096355) <br> Mazanec, Raskin and Ryder Co., L.P.A. <br> 100 Franklin's Row <br> 34305 Solon Road <br> Cleveland, Ohio 44139 <br> (440) 248-7906 <br> (440) 248-8861 - Fax <br> Email: kminahan@mrrlaw.com <br>         ejaber@mrrlaw.com <br><br> *Counsel for Defendant Trumbull County Veterans Service Commission* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, a copy of the foregoing Joint Stipulations was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            *s/Kathleen M. Minahan* <br>
                                            KATHLEEN M. MINAHAN (0064989)

                                            *Counsel for Defendant Trumbull County Veterans Service Commission*