UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIENNE SCHNEIDER, | ) | CASE NO.: 4:22-CV-00126-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE: BENITA PEARSON |
| | ) | |
| vs. | ) | **NOTICE OF CHANGE OF FIRM** |
| | ) | **AFFILIATION** |
| TRUMBULL COUNTY VETERANS | ) | |
| SERVICE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

Kathleen M. Minahan, counsel for Defendant, Trumbull County Veterans Service Commission, hereby notifies the Court and all counsel of record of a change of her firm affiliation.

**Effective March 16, 2023**, please direct all communications to the undersigned as follows:

Kathleen M. Minahan
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
P (216) 831-0042
F: (216) 831-0542
kminahan@meyersroman.com

    Respectfully submitted,

    MAZANEC, RASKIN & RYDER CO., L.P.A.

    *s/Kathleen M. Minahan*
    KATHLEEN M. MINAHAN (0064989)
    100 Franklin's Row
    34305 Solon Road
    Cleveland, OH 44139
    (440) 248-7906
    (440) 248-8861 – Fax
    Email: kminahan@mrrlaw.com

    *Counsel for Defendant Trumbull County Veterans Service Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          *s/Kathleen M. Minahan*
                                          KATHLEEN M. MINAHAN  (0064989)

                                          *Counsel for Defendant Trumbull County Veterans Service Commission*