PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADRIENNE SCHNEIDER, | ) |
| | ) CASE NO. 4:22CV0126 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| TRUMBULL COUNTY VETERANS | ) |
| SERVICE COMMISSION, | ) **ORDER** |
| | ) |
| Defendant. | ) |

On March 15, 2023, Plaintiff's and Defendant's counsel jointly notified the Court in the above-captioned matter that the parties reached a settlement on March 15, 2023. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before April 17, 2023, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management and trial dates are vacated.

IT IS SO ORDERED.

March 15, 2023
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge