UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIENNE SCHNEIDER, | ) | CASE NO: 4:22CV0126 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| TRUMBULL COUNTY VETERANS | ) | |
| SERVICE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel S. Dubow | /s/ Kathleen M. Minahan |
| Daniel S. Dubow (0095530) | Kathleen M. Minahan (0064989) |
| SPITZ, THE EMPLOYEE'S LAW FIRM | Meyers, Roman, Friedberg & Lewis |
| 25825 Science Park Drive, Suite 200 | 28601 Chagrin Boulevard, Suite 600 |
| Beachwood, OH  44122 | Cleveland, Ohio 44122 |
| Phone: (216) 291-4744 | P (216) 831-0042 |
| Fax: (216) 291-5744 | F: (216) 831-0542 |
| daniel.dubow@spitzlawfirm.com | kminahan@meyersroman.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |